THE GREENWICH INSURANCE COMPANY of the City of New York, Respondent, *v.* THE OREGON IMPROVEMENT COMPANY et al., Appellants.

Reported below, 76 Hun, 194.
(Argued February 20, 1896; decided March 10, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 16, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Artemas H. Holmes* for appellants.

*E. Randolph Robinson* for respondent.

Judgment affirmed, with costs, on opinion of VAN BRUNT, P. J., below.
All concur.

---

WILLIAM ROOK, Respondent, *v.* NEW JERSEY AND PENNSYL-VANIA CONCENTRATING WORKS, Appellant.

Reported below, 76 Hun, 54.
(Argued February 24, 1896; decided March 10, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered February 19, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*A. Walker Otis* for appellant.

*John M. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.